```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 08 B 15118
   EVA F CARRENO
                                                   CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1613
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 06/12/08 .

   2.   The case was converted to Chapter 7 without confirmation, 11/11/2008.

   3.   The Debtor paid a total of $    700.00 .

   4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 600.00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE | UNSECURED | NOT FILED | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 600.00 | .00 | .00 | .00 | 600.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 600.00 | .00 | .00 | .00 | 600.00 |

The Debtor's attorney, RUDDY MILROY & KING          , was allowed $    3500.00
and was paid $   2226.00  direct and $     59.72  through the plan.

The Trustee received $     40.28 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/12/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
          CASE NO. 08 B 15118 EVA F CARRENO
```